IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES L. FRAZIER                                                                                           PLAINTIFF

vs.                                            Civil No. 2:16-cv-02014

CAROLYN W. COLVIN                                                                                     DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, I hereby reverse the decision of the Commissioner and remand Plaintiff's case to the SSA for a calculation of benefits on behalf of Plaintiff beginning with an onset date of September 17, 2008.

**IT IS SO ORDERED this 3rd day of February 2017.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE